# Court of Appeals
# of the State of Georgia

ATLANTA,  March 03, 2020

*The Court of Appeals hereby passes the following order:*

## A20A0332. WINDWARD COMMUNITY SERVICES ASSOCIATION, INC. et al. v. GRAHAM.

We granted appellants' application for an interlocutory appeal from the trial court's order granting (inter alia) a motion in limine and denying a motion for sanctions, and the appeal was docketed on September 4, 2019. Having reviewed the record and the relevant law, we now DISMISS this appeal as improvidently granted.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  03/03/2020*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*